ACCEPTED
14-14-00808-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 3:49:45 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00808-CV

| | | |
|---|---|---|
| MARSHA ARD-PHILLIPS<br>Appellant, | §<br>§<br>§ | IN THE FOURTEENTH |
| VS. | §<br>§ | COURT OF APPEALS |
| STEVEN W. ARD,<br>Appellee. | §<br>§<br>§ | HOUSTON, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 3:49:45 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

Appellee asks the Court to extend the time to file his brief.

### A. Introduction

1. Appellee is Steven W. Ard.

2. This Motion to Extend Time to File Brief is brought pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure.

### B. Argument & Authorities

3. The Court has the authority under Texas Rule of Appellate Procedure 10.5(b) to extend the time to file the Appellee's brief.

4. Appellee requests an additional 30 days to file his brief, extending the time until November 20, 2015.

5. One previous extension has been requested and granted to extend the time to file Appellee's brief.

6. Appellee needs additional time to file his brief because Appellee's' counsel has been involved in multiple state district court cases, Federal court cases and mediations. Additionally, the Appellant has raised numerous issues that require

1

research and drafting that has taken a considerable amount of time. Appellee's counsel requires additional time to complete the drafting of the brief.

### C.  Conclusion

7.   Appellee requires additional time to complete his brief.

### D.  Prayer

8.   For these reasons, Appellee asks the Court to grant an extension of time to file his brief until November 20, 2015.

Respectfully submitted,

ALLAN A. CEASE & ASSOCIATES, P.C.

/s/ Allan A. Cease

BY: Allan A. Cease
Texas Bar No. 04040550
Email: allancease@comcast.net
56 Sugar Creek Center Blvd, Suite 300
Sugar Land, Texas 77478
Tel. 281-980-0909
Fax 281-980-1069
Attorney for Appellee, Steven W. Ard

<u>VERIFICATION</u>

STATE OF TEXAS            §

FORT BEND COUNTY         §

Before me, the undersigned notary, on this day personally appeared Allan A. Cease, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Allan A. Cease. I am capable of making this verification. I have read the Appellee's Motion to Extend Time to File Brief. The facts stated in it are within my personal knowledge and are true and correct."

_____
Allan A. Cease

SWORN TO AND SUBSCRIBED BEFORE ME by Allan A. Cease on October 20, 2015.



ANNIE NGUYEN
Notary Public, State of Texas
My Commission Expires
April 17, 2019

_____
Notary Public - State of Texas

<u>CERTIFICATE OF CONFERENCE</u>

I certify that I have conferred with Marsha Ard-Phillips and she is opposed to this motion.

/s/ Allan A. Cease

_____
Allan A. Cease

3

## CERTIFICATE OF SERVICE

I certify that a copy of Appellee's Motion to Extend Time to File Brief was served on Appellant, Marsha Ard-Phillips, at 12407 N. Mopac Expressway, Suite 250-210, Austin, Texas 78758, by email to attorney@marshaphillips.com, on October 20, 2015.

/s/ Allan A. Cease

_____

Allan A. Cease